U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2025 MAR -7 PM 3: 15

CLERK

BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

IN RE ATTORNEY ADMISSION ) Misc. No. 2:25-mc-34
)

## ORDER GRANTING FULL ADMISSION OF JEFFREY M. HARTMAN TO PRACTICE BEFORE THIS DISTRICT COURT

Upon consideration of the Motion for Admission of Attorney Jeffrey M. Hartman, it is hereby ORDERED that the Motion is GRANTED. And it is FURTHER ORDERED:

1. Attorney Hartman shall be fully admitted to practice in this Court pursuant to Local Rule 83.1.

2. Attorney Hartman shall take the proper oath, as required by the Local Rules, by video-conference or the first time he appears in this Court.

3. After Attorney Hartman takes the proper oath in accordance with the Local Rules, including by videoconference, Attorney Hartman will be authorized to file pleadings under his own name and otherwise represent the interests of the United States.

4. The requirement to file an application fee is waived pursuant to Local Rule 83.1(d).

Dated at Burlington, in the District of Vermont, this 7th day of March, 2025.

CHRISTINA REISS
Chief Judge
United States District Court
for the District of Vermont